**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

August 25, 2026

**Via ECF**
Honorable Gary Stein
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application granted. The conference shall be rescheduled to September 14, 2026 at 2:30 p.m.. The parties shall use the Microsoft Teams link identified in Dkt. No. 54 to access the conference. SO ORDERED.

Date: August 26, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Re: ***Alethea Singletary v. City of New York, et al.*,**
**25 Civ. 3611 (JHR) (GS)**

Dear Judge Stein:

This Office represents the New York City Police Department ("NYPD") Detective Nicholas Geroulakis ("Geroulakis") in this action brought by Alethea Singletary ("Plaintiff") under 42 U.S.C. § 1983. I write respectfully to request an adjournment of the status conference scheduled for September 4, 2026. The reason for this request is that I will be on leave and traveling out of state on that date. This is the undersigned's first request for an adjournment of this status conference. All parties consent to this request. Should the Court grant the request, the parties are available for a rescheduled conference on the afternoon of August 28, 2026, and at 12:45 p.m. on either September 11 or September 14, 2026.

I thank the Court for its consideration of this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: *__/s/ Mallika Balachandran*
Mallika Balachandran
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Tel.: (212) 637-2781
E-mail: mallika.balachandran@usdoj.gov
*Attorney for Defendant Geroulakis*

cc: All counsel (via ECF)