**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALETHA SINGLETARY,

Plaintiff,

-against-

CITY OF NEW YORK, *et al.*,

Defendants.

---------------------------------------------------------------X

**25 Civ. No. 3611 (JHR) (GS)**

**INITIAL CASE MANAGEMENT CONFERENCE ORDER**

**GARY STEIN, United States Magistrate Judge:**

This action is scheduled for an Initial Case Management Conference on **Tuesday, October 27, 2026 at 10:00 a.m.** The parties are directed to appear for a video conference via Microsoft Teams at the scheduled time. The parties shall consult and comply with the undersigned's Individual Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-gary-stein. In accordance with Section II.A of the Individual Practices, counsel are directed to file a joint Proposed Case Management Plan and Scheduling Order no later than one week prior to the conference. **Join the meeting now** **[Meeting ID: 250 759 604 714 186] [Passcode: UE3yD6nL]**

**SO ORDERED.**

DATED: New York, New York
September 14, 2026

The Honorable Gary Stein
United States Magistrate Judge